# FEIN, SUCH & CRANE, LLP
# Attorneys At Law

Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400 Fax 585-756-5202
SERVICE BY FACSIMILE NOT ACCEPTED

December 12, 2017

United States Bankruptcy Court
Southern District of New York
Re: Carrington Mortgage Services v. Valentine
Case No. 16-36545

Dear Honorable Judge Morris,

    Please allow this letter to confirm that Carrington Mortgage Services is withdrawing their objection to the proposed Chapter 13 Plan in regards to the above referenced matter.

    If you have any questions, please contact the undersigned.

        Very respectfully,
        FEIN, SUCH & CRANE, LLP

        /s/ Emily Starnes

        Emily Starnes
        Bankruptcy Paralegal

Cc: Debtor's Attorney
    Chapter Trustee