# LOSS MITIGATION

| 1/22/2018 | Francis J. O'Reilly Esq. | |
|---|---|---|
| 3:20 PM | Pre-bill Worksheet | Page 1 |

## Selection Criteria

| Slip.Selection | |
|---|---|
| Clie.Selection | Include: Valentine:2016 Loss mitigation; Valentine:506; Valentine:522(f); Valentine:Ch 13 2016; Valentine:IRS Subordination |

| | | | |
|---|---|---|---|
| Nickname | Valentine:2016 Loss mitigation \| | | |
| Full Name | Scott Valentine | | |
| Address | 78 Lake Walton Road | | |
| | Wappingers Falls, NY 12590 | | |
| Phone | | Fax | |
| Home | | Other | |
| In Ref To | | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | | | |
| Last charge | 1/19/2018 | | |
| Last payment | | Amount | $0.00 |

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/2/2015<br>42562 | Francis J. O'Reilly Esq.<br>Communicat/CLI<br>   Meet with client to discuss case. | 350.00 | 0.40 | 140.00 | Billable |
| 11/14/2016<br>45832 | Frank Corigliano<br>Draft agreement<br>   Draft and revise loss mitigation order and upload to ECF.   Review file. | 350.00 | 0.50 | 175.00 | Billable |
| 11/25/2016<br>45861 | Frank Corigliano<br>Other activity<br>   Re-file loss mitigation request. | 350.00 | 0.10 | 35.00 | Billable |
| 11/25/2016<br>45862 | Frank Corigliano<br>Communicat/FIRM<br>   Conference with Kathleen Mallia regarding service.  Ask Kathleen to serve loss mitigation request. File affidavit. | 350.00 | 0.10 | 35.00 | Billable |
| 12/7/2016<br>46350 | Kathleen Mallia<br>Communicat/CLI<br>   Prepare letter requesting documents. | 100.00 | 0.10 | 10.00 | Billable |
| 12/8/2016<br>46356 | Kathleen Mallia<br>Manage data<br>   Setup information sheet. | 100.00 | 0.20 | 20.00 | Billable |
| 12/13/2016<br>46143 | Frank Corigliano<br>Review/analyze<br>   Review/analyze loss mitigation order.  Amend order and upload to ECF. | 350.00 | 0.20 | 70.00 | Billable |

| | | | | |
|---|---|---|---|---|
| 1/22/2018 | | Francis J. O'Reilly Esq. | | |
| 3:20 PM | | Pre-bill Worksheet | | Page    2 |

Valentine:2016 Loss mitigation:Scott Valentine (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/15/2016<br>46161 | Frank Corigliano<br>Review/analyze<br>  Review/analyze loss mitigation order.  Conference with Kathleen Mallia regarding service. | 350.00 | 0.10 | 35.00 | Billable |
| 12/19/2016<br>46182 | Frank Corigliano<br>Review/analyze<br>  Review/analyze creditor loss mitigation affidavit.  Save to file. | 350.00 | 0.10 | 35.00 | Billable |
| 12/28/2016<br>46234 | Frank Corigliano<br>Review/analyze<br>  Review/analyze income and balance sheet.  Calculate ratios and discuss with Jane Posner.  Advise Jane Posner to call client with questions. | 350.00 | 0.50 | 175.00 | Billable |
| 12/30/2016<br>46414 | Frank Corigliano<br>Manage data<br>  Prepare cover letter, scan and collate documents.  Submit modification package.  Prepare debtor's loss mitigation affidavit and file to ECF. | 350.00 | 0.80 | 280.00 | Billable |
| 1/12/2017<br>46314 | Frank Corigliano<br>Review/analyze<br>   Review/analyze file.   Ask Kathleen Mallia to set up a conference call. | 350.00 | 0.20 | 70.00 | Billable |
| 1/12/2017<br>46802 | Frank Corigliano<br>Review/analyze<br>  Review creditor loss mitigation affidavit. | 350.00 | 0.10 | 35.00 | Billable |
| 1/12/2017<br>46804 | Frank Corigliano<br>Draft/revise<br>  Prepare 4506-t form. | 350.00 | 0.10 | 35.00 | Billable |
| 1/13/2017<br>46756 | Frank Corigliano<br>Communicat/CLI<br>  Review profit & loss Statement. | 350.00 | 0.20 | 70.00 | Billable |
| 1/13/2017<br>46757 | Kathleen Mallia<br>Communicat/OUT<br>  Scan and attach documents to email to lender's attorney. | 100.00 | 0.10 | 10.00 | Billable |
| 2/14/2017<br>46895 | Kathleen Mallia<br>Communicat/OUT<br>  Scan and email  copy of profit and loss. | 100.00 | 0.10 | 10.00 | Billable |
| 3/15/2017<br>47087 | Frank Corigliano<br>Draft/revise<br>  Prepare status letter. | 350.00 | 0.20 | 70.00 | Billable |

| 1/22/2018 | Francis J. O'Reilly Esq. | |
|---|---|---|
| 3:20 PM | Pre-bill Worksheet | Page 3 |

Valentine:2016 Loss mitigation:Scott Valentine (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/16/2017<br>47097 | Frank Corigliano<br>File Documents<br>  File debtors status letter to ECF. | 350.00 | 0.10 | 35.00 | Billable |
| 3/17/2017<br>47104 | Frank Corigliano<br>Review/analyze<br>  Review trial modification offer. | 350.00 | 0.30 | 105.00 | Billable |
| 3/21/2017<br>46954 | Francis J. O'Reilly Esq.<br>Communicat/FIRM<br>  Email from Frank. Telephone to Scott to discuss alternate down-payment after Judge Morris expressed that she had a hard time with a large down-payment in a loss mitigation context. | 350.00 | 0.30 | 105.00 | Billable |
| 4/6/2017<br>49172 | Frank Corigliano<br>Review/analyze<br>  Review email regarding postponement of loss mitigation hearing. Consent to adjournment. | 350.00 | 0.10 | 35.00 | Billable |
| 4/24/2017<br>47324 | Frank Corigliano<br>Review/analyze<br>  Review email regarding contrary modification offers. | 350.00 | 0.10 | 35.00 | Billable |
| 4/24/2017<br>47730 | Frank Corigliano<br>Communicat/OUT<br>  Prepare email to lender's attorney regarding modification discrepancy, attachments. | 350.00 | 0.20 | 70.00 | Billable |
| 5/4/2017<br>47375 | Frank Corigliano<br>Communicat/FIRM<br>  Conference with JFrancis O'Reilly regarding correct trial payment agreement (lender sent 2). Review. Note file. | 350.00 | 0.20 | 70.00 | Billable |
| 5/4/2017<br>47811 | Francis J. O'Reilly Esq.<br>Communicat/CLI<br>  Telephone call with client regarding trial mod agreement. | 350.00 | 0.10 | 35.00 | Billable |
| 5/4/2017<br>47812 | Frank Corigliano<br>Review/analyze<br>  Review Carrington Proof of Claim. Prepare letter to client with breakdown of modified balance. Fax to client. | 350.00 | 0.30 | 105.00 | Billable |
| 5/4/2017<br>47978 | Frank Corigliano<br>Review/analyze<br>  Conference with Lender's Counsel regarding correct trial payment agreement (lender sent two). Review, note file. | 350.00 | 0.20 | 70.00 | Billable |

| | Francis J. O'Reilly Esq. | | | |
|---|---|---|---|---|
| 1/22/2018 | | | | |
| 3:20 PM | Pre-bill Worksheet | | | Page    4 |

Valentine:2016 Loss mitigation:Scott Valentine (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/19/2017<br>48546 | Francis J. O'Reilly Esq.<br>Communicat/CLI<br>Telephone call with client as to length of the balance of the plan as well as junior liens. | 350.00 | 0.20 | 70.00 | Billable |
| 9/6/2017<br>50452 | Frank Corigliano<br>Review/analyze<br>Review creditor loss mitigation affidavit | 350.00 | 0.20 | 70.00 | Billable |
| 9/11/2017<br>50453 | Frank Corigliano<br>Plan & Prepare<br>Prepare for loss mitigation conference<br>Review file | 350.00 | 0.30 | 105.00 | Billable |
| 9/12/2017<br>50454 | Frank Corigliano<br>Appear/attend<br>Attend loss mitigation conference at Bankruptcy Court in Poughkeepsie | 350.00 | 1.50 | 525.00 | Billable |
| 10/3/2017<br>50446 | Frank Corigliano<br>Review/analyze<br>Review e-mail from lender's attorney<br>Prepare e-mail response | 350.00 | 0.20 | 70.00 | Billable |
| 10/11/2017<br>50448 | Frank Corigliano<br>Plan & Prepare<br>Prepare debtor's loan modification status letter | 350.00 | 0.30 | 105.00 | Billable |
| 10/12/2017<br>50449 | Kathleen Mallia<br>File Documents<br>Corrected status letter, filed on ECF | 100.00 | 0.20 | 20.00 | Billable |
| 11/2/2017<br>50459 | Frank Corigliano<br>Review/analyze<br>Receive and Review  permanent modification<br>Draft term sheet<br>Ask Kathllen Mallia  to schedule client appointment | 350.00 | 0.60 | 210.00 | Billable |
| 11/8/2017<br>50450 | Kathleen Mallia<br>Plan & Prepare<br>Scan and attach permanent modification to e-mail to lender's attorney | 100.00 | 0.20 | 20.00 | Billable |
| 11/9/2017<br>50460 | Frank Corigliano<br>Draft/revise<br>Draft/revise application, notice of presentment, and order | 350.00 | 1.00 | 350.00 | Billable |
| 11/9/2017<br>50461 | Frank Corigliano<br>File Documents<br>Attach load modification, print all, file to ECF<br>Give all to Kathleen Mallia for service | 350.00 | 0.30 | 105.00 | Billable |

1/22/2018  
3:20 PM

Francis J. O'Reilly Esq.  
Pre-bill Worksheet

Page     5

Valentine:2016 Loss mitigation:Scott Valentine (continued)

| Date / ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/10/2017 50442 | Kathleen Mallia<br>Other activity<br>Served 9019 motion | 175.00 | 1.00 | 175.00 | Billable |
| 12/5/2017 50451 | Frank Corigliano<br>Review/analyze<br>Review file regarding permanent modification signed by lender, and stipulations of discontinuance<br>Prepare e-mail to lender's attorney asking for same | 350.00 | 0.20 | 70.00 | Billable |
| 12/7/2017 50462 | Frank Corigliano<br>Review/analyze<br>Review final order to approve loss mitigation<br>Revise and sign permanent modification agreement<br>File to ECF | 350.00 | 0.30 | 105.00 | Billable |
| 12/10/2017 50463 | Frank Corigliano<br>Plan & Prepare<br>Plan & Prepare for loss mitigation hearing | 350.00 | 0.30 | 105.00 | Billable |
| 12/11/2017 50464 | Frank Corigliano<br>Appear/attend<br>Attend loss mitigation hearing at Bankruptcy court in Poughkeepsie | 350.00 | 1.20 | 420.00 | Billable |

| TOTAL | Billable Fees | | 14.00 | | $4,500.00 |

| Date / ID | Timekeeper / Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/10/2017 50441 | Kathleen Mallia<br>Postage<br>Serve 522F order x5 | 0.49 | 5.000 | 2.45 | Billable |
| 9/12/2017 50455 | Frank Corigliano<br>Travel to Poughkeepsie<br>Attend loss mitigation hearing | 0.575 | 70.000 | ~~40.25~~ | Billable |
| 11/10/2017 50444 | Kathleen Mallia<br>Copying | 0.10 | 18.000 | 1.80 | Billable |
| 12/11/2017 50465 | Frank Corigliano<br>Travel to Poughkeepsie<br>Travel mileage to Poughkeepsie Court | 0.575 | 70.000 | ~~40.25~~ | Billable |
| 1/19/2018 50443 | Kathleen Mallia<br>Postage<br>Postage for service of 9019 motion x3 | 0.70 | 3.000 | 2.10 | Billable |

*Total* $6.35 [handwritten]

# 522 (f) MOTION

16-36545-cgm Doc 68-2 Filed 01/24/18 Entered 01/24/18 15:34:23 Exhibit A - Invoices Pg 7 of 17

# 522 (f) MOTION

1/24/2018  
2:47 PM

Francis J. O'Reilly Esq.  
Pre-bill Worksheet

Page    1

---

|  | Selection Criteria |  |
|---|---|---|
| Clie.Selection | Include: Valentine:522(f) | |

| Nickname | Valentine:522(f) \| 3974 |
|---|---|
| Full Name | Scott Valentine |
| Address | 78 Lake Walton Road |
|  | Wappingers Falls, NY 12590 |
| Phone |  Fax |
| Home |  Other |
| In Ref To | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 1/4/2017 | Frank Corigliano | 350.00 | 3.00 | 1,050.00 | Billable |
| 46252 | Research | | | | |

Research Dutchess County Clerk's Office to obtain deed recording information, tax map information and judgment information.    Draft Notice of Motion, Debtor's Affidavit, Attorney Declaration and Memorandum of Law.  Draft proposed order.

| 1/13/2017 | Frank Corigliano | 350.00 | 1.20 | 420.00 | Billable |
|---|---|---|---|---|---|
| 46322 | Draft agreement | | | | |

Review appraisal.  Draft proposed order.  Complete pleading.  Review & attach exhibits

| 1/13/2017 | Frank Corigliano | 350.00 | 1.30 | 455.00 | Billable |
|---|---|---|---|---|---|
| 46327 | Draft agreement | | | | |

Complete Memorandum of Law and  Attorney Declaration.  Draft proposed order.  Complete Debtor Affidavit.  Copy and attach exhibits

| 1/16/2017 | Francis J. O'Reilly Esq. | 350.00 | 0.50 | 175.00 | Billable |
|---|---|---|---|---|---|
| 46329 | Review/analyze | | | | |

Final review of motion.  Pdf all, attach exhibits and file to ECF.  Give all to Kathleen Mallia for service

| 2/27/2017 | Frank Corigliano | 350.00 | 0.30 | 105.00 | Billable |
|---|---|---|---|---|---|
| 50541 | Plan & Prepare | | | | |

Prepare for hearing on motion  
Review motion, affidavit of service, certain no opposition to motion

| 2/28/2017 | Frank Corigliano | 350.00 | 1.00 | 350.00 | Billable |
|---|---|---|---|---|---|
| 50543 | Appear/attend | | | | |

Attend hearing on motion to avoid lien  
Motion granted

1/24/2018  
2:47 PM

Francis J. O'Reilly Esq.  
Pre-bill Worksheet

Page 2

Valentine:522(f):Scott Valentine (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/2/2017 50547 | Frank Corigliano  File Documents  Review order vacating judicial lien and upload to ECF | 350.00 | 0.20 | 70.00 | Billable |
| 3/8/2017 50549 | Frank Corigliano  Review/analyze  Review signed order voiding lien  give to Kathleen Mallia with instructions for service | 350.00 | 0.10 | 35.00 | Billable |
| 3/10/2017 47210 | Kathleen Mallia  Draft/revise  Served 522(f) Order. | 100.00 | 0.50 | 50.00 | Billable |
| TOTAL | Billable Fees | | 8.10 | | $2,710.00 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 1/17/2017 46060 | Francis J. O'Reilly Esq.  Postage  Postage for action. | 1.36 | 10.000 | 13.60 | Billable |
| 2/28/2017 50545 | Frank Corigliano  Travel to Poughkeepsie  Travel mileage to Poughkeepsie Court | 0.575 | 7.700 | 4.43 | Billable |
| 3/10/2017 47211 | Kathleen Mallia  Postage  Postage for action. | 0.47 | 5.000 | 2.35 | Billable |
| TOTAL | Billable Costs | | | | $20.38 |

Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|

Fees Bill Arrangement: Slips  
By billing value on each slip.

Total of billable time slips              $2,710.00  
Total of Fees (Time Charges)                              $2,710.00

Costs Bill Arrangement: Slips  
By billing value on each slip.

| | | |
|---|---|---|
| 1/24/2018 | Francis J. O'Reilly Esq. | |
| 2:47 PM | Pre-bill Worksheet | Page    3 |

Valentine:522(f):Scott Valentine (continued)

| | Amount | Total |
|---|---:|---:|
| Total of billable expense slips | $20.38 | |
| Total of Costs (Expense Charges) | | $20.38 |
| | | |
| Total new charges | | $2,730.38 |
| | | |
| Total New Balance | | $2,730.38 |

# 506 (a) MOTION

506 (a) MOTION

1/24/2018  
2:46 PM

Francis J. O'Reilly Esq.  
Pre-bill Worksheet

Page 1

## Selection Criteria

| Clie.Selection | Include: Valentine:506 |
|---|---|

| | |
|---|---|
| Nickname | Valentine:506 \| 4000 |
| Full Name | Scott Valentine |
| Address | 78 Lake Walton Road |
| | Wappingers Falls, NY 12590 |
| Phone | Fax |
| Home | Other |
| In Ref To | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 12/20/2016 | Frank Corigliano | 350.00 | 3.00 | 1,050.00 | Billable |
| 46244 | Draft agreement | | | | |
| | Draft Notice of Motion. Draft Debtor Affidavit. Draft Attorney Declaration. Draft Memorandum of Law. Draft proposed Order. | | | | |
| 12/29/2016 | Frank Corigliano | 350.00 | 0.50 | 175.00 | Billable |
| 46239 | Review/analyze | | | | |
| | Review/analyze lien search. Review mortgage of Newtek Small Business Finance Inc. Review petition. | | | | |
| 12/30/2016 | Frank Corigliano | 350.00 | 0.70 | 245.00 | Billable |
| 46242 | Review/analyze | | | | |
| | Review second mortgage. Review recording information. Research at County Clerk. | | | | |
| 1/16/2017 | Frank Corigliano | 350.00 | 0.50 | 175.00 | Billable |
| 46330 | Review/analyze | | | | |
| | Final review of 506 motion. Pdf all, attach exhibits and file to ECF/ Give all to Kathleen Mallia for service. | | | | |
| 2/27/2017 | Frank Corigliano | 350.00 | 0.30 | 105.00 | Billable |
| 50542 | Plan & Prepare | | | | |
| | Prepare for hearing on motion | | | | |
| | Review motion, affidavit of service, certain no opposition to motion | | | | |
| 2/28/2017 | Frank Corigliano | 350.00 | 1.00 | 350.00 | Billable |
| 50544 | Appear/attend | | | | |
| | Attend hearing to avoid junior mortgage | | | | |
| | Motion granted | | | | |
| 3/2/2017 | Frank Corigliano | 350.00 | 0.20 | 70.00 | Billable |
| 50548 | File Documents | | | | |
| | Review order voiding mortgage lien and upload to ECF | | | | |

1/24/2018  
2:46 PM

Francis J. O'Reilly Esq.  
Pre-bill Worksheet

Page    2

Valentine:506:Scott Valentine (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/8/2017 50550 | Frank Corigliano Review/analyze Review signed order voiding lien Give to Kathleen Mallia with instructions for service | 350.00 | 0.10 | 35.00 | Billable |
| 3/10/2017 47213 | Kathleen Mallia File Documents Served 506 Order. | 100.00 | 0.50 | 50.00 | Billable |
| 3/20/2017 50552 | Frank Corigliano Plan & Prepare Prepare for loss mitigation conference | 350.00 | 0.30 | 105.00 | Billable |
| TOTAL | Billable Fees | | 7.10 | | $2,360.00 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/28/2017 50546 | Frank Corigliano Travel to Poughkeepsie Travel mileage to Poughkeepsie Court | 0.575 | 7.700 | 4.43 | Billable |
| 3/10/2017 47212 | Kathleen Mallia Postage Postage for action. | 0.47 | 5.000 | 2.35 | Billable |
| TOTAL | Billable Costs | | | | $6.78 |

Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|

Fees Bill Arrangement: Slips  
By billing value on each slip.

Total of billable time slips             $2,360.00  
Total of Fees (Time Charges)                        $2,360.00

Costs Bill Arrangement: Slips  
By billing value on each slip.

Total of billable expense slips          $6.78  
Total of Costs (Expense Charges)                    $6.78

1/24/2018  
2:46 PM

Francis J. O'Reilly Esq.  
Pre-bill Worksheet

Page    3

Valentine:506:Scott Valentine (continued)

|  | Amount | Total |
|---|---:|---:|
| Total new charges |  | $2,366.78 |
| Total New Balance |  | $2,366.78 |

# IRS LIEN SUBOORDINATION

```
1/22/2018                              Francis J. O'Reilly Esq.
3:20 PM                                   Pre-bill Worksheet                                Page    16
```

| | | | | | |
|---|---|---|---|---|---|
| Nickname | Valentine:IRS Subordination \| | | | | |
| Full Name | Scott Valentine | | | | |
| Address | 78 Lake Walton Road | | | | |
| | Wappingers Falls, NY 12590 | | | | |
| Phone | | Fax | | | |
| Home | | Other | | | |
| In Ref To | | | | | |
| Fees Arrg. | By billing value on each slip | | | | |
| Expense Arrg. | By billing value on each slip | | | | |
| Tax Profile | Exempt | | | | |
| Last bill | | | | | |
| Last charge | 3/28/2017 | | | | |
| Last payment | | Amount | $0.00 | | |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 11/16/2016 | Francis J. O'Reilly Esq. | 350.00 | 0.30 | 105.00 | Billable |
| 45711 | Communicat/OUT | | | | |
| | Telephone with US Attorney's office concerning issues arising from the need to subordinate the tax claim to the mortgage. Advised that the 2013 tax return was filed. | | | | |
| 12/7/2016 | Francis J. O'Reilly Esq. | 350.00 | 0.20 | 70.00 | Billable |
| 45892 | Communicat/OUT | | | | |
| | Email exchange with US Attorney pertaining to the next confirmation hearing and the subordination request. | | | | |
| 12/8/2016 | Francis J. O'Reilly Esq. | 350.00 | 0.20 | 70.00 | Billable |
| 46354 | Manage data | | | | |
| | Input data for 14134 form and Power of Attorney. | | | | |
| 12/29/2016 | Francis J. O'Reilly Esq. | 350.00 | 0.40 | 140.00 | Billable |
| 45973 | Communicat/CLI | | | | |
| | Meet with client, execute IRS subordination request and RMA with all related documents. | | | | |
| 1/4/2017 | Kathleen Mallia | 100.00 | 1.30 | 130.00 | Billable |
| 46732 | Draft/revise | | | | |
| | Collate, copy application for subordinate IRS liens. Scan for our records. Prepare letter to IRS for application and Power of Attorney. Send under separate cover as required. | | | | |
| 2/15/2017 | Francis J. O'Reilly Esq. | 350.00 | 0.30 | 105.00 | Billable |
| 46462 | Communicat/OUT | | | | |
| | Email to Ms. of the US Attorney's office to advise of the need for a IRS lien subordination for the mortgage modification. | | | | |
| 2/15/2017 | Francis J. O'Reilly Esq. | 350.00 | 0.50 | 175.00 | Billable |
| 46463 | Communicat/OUT | | | | |
| | Further communication by email with AUSA Mohan. | | | | |

| 1/22/2018 | Francis J. O'Reilly Esq. | |
|---|---|---|
| 3:20 PM | Pre-bill Worksheet | Page   17 |

Valentine:IRS Subordination:Scott Valentine (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/20/2017 46925 | Frank Corigliano Review/analyze  Review current file, modification file and tax file from 2014 to locate documents the US attorney's office requires for the IRS lien subordination. | 250.00 | 0.50 | 125.00 | Billable |
| 2/28/2017 47021 | Francis J. O'Reilly Esq. Communicat/OUT  Review email from US Attorney. Review file for documents required by the US Attorney. | 350.00 | 0.30 | 105.00 | Billable |
| 2/28/2017 47022 | Francis J. O'Reilly Esq. Communicat/CLI  Telephone call with client regarding IRS subordination. | 350.00 | 0.10 | 35.00 | Billable |
| 3/28/2017 47231 | Francis J. O'Reilly Esq. Communicat/OUT  Email with AUSA concerning April 4 hearing and whether we intend to confirm that day. | 350.00 | 0.20 | 70.00 | Billable |

| TOTAL | Billable Fees | | 4.30 | | $1,130.00 |
|---|---|---|---|---|---|

| Total of billable expense slips | | | | | $0.00 |
|---|---|---|---|---|---|

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $1,130.00 | |
| Total of Fees (Time Charges) | | $1,130.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $1,130.00 |
| New Balance Current | $1,130.00 | |
| Total New Balance | | $1,130.00 |